Case: 14-1422   Document: 59-2   Page: 1   Filed: 12/04/2014

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellees.*

2014-1422

Appeal from the United States District Court for the District of Delaware in No. 1:11-cv-00717-RMB-KW, Judge Renee Marie Bumb.

**JUDGMENT**

JEFFREY I.D. LEWIS, Patterson Belknap Webb & Tyler LLP, argued for plaintiff-appellant. With him on the brief were JASON R. VITULLO, HELEN P. O'REILLY and SUSAN MILLENKY.

MICHAEL S. SOMMER, Wilson Sonsini Goodrich & Rosati PC, of New York, New York, argued for defendants-appellees. On the brief were NICOLE W. STAFFORD, of

Austin, Texas, and DOUGLAS CARSTEN, of San Diego, California.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, CLEVENGER, and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 4, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |